# United States District Court

## Northern District of Illinois

Eastern Division

Steven A. Collier            **JUDGMENT IN A CIVIL CASE**

       v.                                  Case Number: 08 C 5645

The City of Chicago

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED the Court grants summary judgment [69] for the City and against Plaintiff, Steven A. Collier, on Count VII (the ADA claim) and dismisses the remaining counts without prejudice to re-filing in state court. The case is terminated and judgment is entered in favor of the City on Count VII.

                                              Michael W. Dobbins, Clerk of Court

Date: 5/23/2011                     _____

                                          /s/ Theresa B. Kinney, Deputy Clerk